DAVIDS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Charles H. Davids against the Brooklyn Heights Railroad Company. No opinion. Motion granted, and question certified as follows: "May an execution against the person of the plaintiff issue on the judgment recovered herein?"

DAVIS et al., Appellants, v. BLISS, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by A. Edsall Davis and R. Herbert Deyo against Allaseba Bliss.

PER CURIAM. Judgment affirmed, with costs.

SMITH, J., dissents.

In re DAVIS' WILL. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) In the matter of the probate of the last will and testament of Jane Davis, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See 92 N. Y. Supp. 392, 968.